Matter of Gall (2024 NY Slip Op 04049)

Matter of Gall

2024 NY Slip Op 04049 [42 NY3d 974]

July 31, 2024

Court of Appeals

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

As corrected through Wednesday, November 20, 2024

[*1]

In the Matter of Erin P. Gall, a Justice of the Supreme Court, Fifth Judicial District, Oneida County.

Decided July 31, 2024

APPEARANCES OF COUNSEL

Robert F. Julian, P.C., Utica (Robert F. Julian of counsel), for petitioner.
Robert H. Tembeckjian, New York City, for New York State Commission on Judicial Conduct, respondent.

{**42 NY3d at 974} OPINION OF THE COURT

On the Court's own motion, it is determined that Hon. Erin P. Gall is suspended, with pay, effective immediately, from the office of Justice of Supreme Court, Fifth Judicial District, Oneida County, pursuant to New York Constitution, article VI, § 22 and Judiciary Law § 44 (8), pending review of a determination of the State Commission on Judicial Conduct.{**42 NY3d at 975}
Concur: Chief Judge Wilson and Judges Garcia, Singas, Cannataro, Troutman and Halligan. Judge Rivera took no part.